IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| RUTH STENSAKER, individually and the ESTATE OF STEVEN STENSAKER, by its personal representative, Ruth Stensaker,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | CV-04-168-BLG-RFC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

On July 20, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends Flying J's motion for summary judgment should be granted as to the liability of defendants Flying J Inc., Flying J Exploration and Production, Inc., Flying J Petroleums Inc., and Flying J Corp. and these four defendants should be dismissed from the action. Magistrate Judge Anderson further recommends that Flying J's motion for summary judgment as to the liability of defendant Flying J Oil & Gas should be denied and Lufkin's motion for summary judgment should be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the July 20, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and

recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Flying J's motion for summary judgment is **GRANTED** as to the liability of defendants Flying J Inc., Flying J Exploration and Production, Inc., Flying J Petroleums Inc., and Flying J Corp. and these four defendants are DISMISSED from the action.

2. Flying J's motion for summary judgment as to the liability of defendant Flying J Oil & Gas is **DENIED**.

3. Lufkin's motion for summary judgment is **DENIED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 14th day of August, 2006.

        /s/ Richard F. Cebull_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

cc.   Jeffrey Herman
      Loren O'Toole
      Stuart S. Mermelstein
      Christopher Mangen, Jr.
      David Charles
      Christian Nygren
      Michael Milodragovich